AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF  MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

FABRICIO DeMIRANDA

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 2004 M 0456 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  November 1-November 25, 2003  in  Middlesex and Suffolk  county, in the _____ District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense)

knowingly execute, and attempt to execute, a scheme and artifice to defraud a finanical institution, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and in the custody and control of, a financial institution, by means of false and fraudulent pretenses, representations, and promises; and, for the purpose of obtaining things of value from another person, did, with intent to deceive, falsely represent a number to be the Social Security account number assigned by the Commissioner of Social Security to him when in fact such number is not a Social Security account number so assigned

in violation of Title  18, 42  United States Code, Section(s) _____  1344, 408(a)(7)(B)  _____.

I further state that I am a(n)  Special Deputy U.S. Marshal  and that this complaint is based on the following
                                    Official Title
facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

01-22-2004  at 3:40 pm                                       at  Boston, MA
Date                                                              City and State

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE                      _____
Name & Title of Judicial Officer                                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT OF MICHAEL G. HUGHES

I, Michael G. Hughes, having been duly sworn, hereby depose and state as follows:

1. I am a Trooper in the Massachusetts State Police and have been employed as a Massachusetts State Police Officer since May 31, 1994. I am currently assigned to the Special Service Section attached to the New England Electronic Crimes Task Force of the Boston Field Office ("NEECTF"), which comprises state and federal law enforcement officers. In that capacity, I have been deputized as a Special Deputy United States Marshal, authorized, among other things, to seek and execute arrest and search warrants supporting a federal task force.

2. In my capacity as a member of the NEECTF, I am aware that Title 18, United States Code, §1344 (bank fraud) provides that it is unlawful for anyone to knowingly execute, or attempt to execute, a scheme or artifice to defraud a financial institution, whose deposits are protected by the Federal Deposit Insurance Corporation, and to obtain any of the monies, funds, credits, assets, securities, or other property owned by, or under the custody or control of the financial institution, by means of false or fraudulent pretenses, representations, or promises.

3. I am also aware that Title 42, United States Code, §408(a)(7)(B) provides that it is unlawful for the purposes of obtaining anything of value from any person and with the intent to deceive, for a person to falsely represent a number assigned

by the Commissioner of Social Security to him or to another person, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

4. This affidavit is based on information provided by agents and officers assigned to the NEECTF, as well as information gathered through my own investigation. However, this affidavit is not intended to set forth all of the information that I and other law enforcement personnel have learned during the course of this investigation, but rather only that which is sufficient to provide probable cause in support of this application for a criminal complaint charging **FABRICIO DE MIRANDA** ("DE MIRANDA") doing business as ("dba") High Shine Painting ("High Shine"), date of birth 2/18/73, last known address of 5 Shute Street #1, Everett, Massachusetts, with violations of 18 U.S.C. §1344 and 42 U.S.C. §408(a)(7)(B).

5. As set forth within, between November 1, 2003 and November 24, 2003, at various branches of Citizen's Bank[1] located in Malden, Everett, and Revere, Massachusetts, FABRICIO DE MIRANDA did deposit into bank accounts controlled by him, seven (7) stolen and altered commercial checks with a total value of $953,281.68, and thereafter, did withdraw a portion of the funds credited to his account by virtue of said deposits.

---

[1] Your affiant is aware that Citizen's Bank is a federally insured financial institution.

6. On or about May 12, 2003, DE MIRANDA opened a bank account at Citizen's Bank. As identification, he provided his Brazilian passport (number illegible) and further provided 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 as his social security account number. Investigation has revealed that this number is actually a Tax Identification Number ("TIN") and is not a social security account number assigned to DE MIRANDA by the Commissioner of the Social Security Administration.[2] This account was numbered as account number 1137476327. In November 2003, a second account, purporting to be for the High Shine payroll, was opened under account number 1136474126.

7. On or about November 1, 2003, DE MIRANDA negotiated and deposited a stolen and altered commercial check drawn on the Wachovia Bank account of Mississippi Auto Auction, dated 10/21/03, check #209382, in the amount of $32,663 into his account #1137476327. During the course of this investigation, it was revealed that check #209382 was fraudulently altered from the original payee to High Shine. This check was endorsed with the words "HIGH SHINE PAINTING."

8. On or about November 6, 2003, DE MIRANDA negotiated and deposited a stolen and altered commercial check drawn on the Harris Bank account of Pilgrim's Pride, bearing an October 2003

---

[2] During the course of this investigation, Immigration and Customs Enforcement conducted several database searches to determine the immigration status of DE MIRANDA. The search revealed no record of De Miranda's legal entry into the United States.

date, check number 501406, in the amount of $40,570.53 into his Citizens Bank account numbered 1137476327. It was subsequently determined that this check was fraudulently altered from the original payee, Bakery Feeds Inc., to Shine Painting. The endorsement appears to include an abbreviated version of DE MIRANDA's signature.

9.  On or about November 10, 2003, DE MIRANDA negotiated and deposited a stolen and altered commercial check drawn on the Commerce Bank account of Bohler Engineering, P.C., dated 11/1/03, check number 12955, in the amount of $54,460.01 into his account #1137476327. It was subsequently determined that this check was altered from the original payee, Transdulles Center, Inc., to High Shine. The endorsement appears to include DE MIRANDA's signature.

10. On or about November 14, 2003, DE MIRANDA negotiated and deposited a stolen and altered commercial check drawn on the Wachovia Bank account of Wachovia Corporation, dated 11/3/03, check number 201982040, in the amount of $10,581.51 into his Citizen's Bank account numbered 1136474126. It was subsequently determined that this check was altered from the original payee, Covington Diesel, Inc., to High Shine. The endorsement appears to include DE MIRANDA's signature.

11. On or about November 15, 2003, DE MIRANDA negotiated and deposited a stolen and altered commercial check drawn on the Wachovia Bank account of Wachovia Corporation, dated 11/3/03,

check number 201981769 in the amount of $8,470.00 into his Citizen's Bank account numbered 1136474126. It was subsequently determined that this check was altered from the original payee, Atlantic Global Systems, to High Shine. The checks appears to be endorsed with DE MIRANDA's signature.

12. On or about November 23, 2003, DE MIRANDA negotiated and deposited a stolen and altered commercial check drawn on the Sun Trust account of Dolgencorp, Inc., dated 11/6/03, check number 979549 in the amount of $753,350.16 into his Citizen's Bank account numbered 1136474126. It was subsequently determined that this check was altered from the original payee, Delmonte Foods, to High Shine. The endorsement appears to include DE MIRANDA's signature.

13. On or about November 24, 2003, DE MIRANDA negotiated and deposited a stolen and altered commercial check drawn on the Guaranty Bank & Trust Co. account of George T. Sanders Co., dated 11/10/03, check number 71454 in the amount of $53,186.47 into his Citizen's Bank account numbered 1137476327. It was subsequently determined that this check was altered from the original payee, American Standard, Inc., to High Shine. The endorsement appears to include DE MIRANDA's signature.

14. On November 24, 2003, Julie Ann Aloise, a Citizen's Bank Fraud Investigator, contacted the NEECTF with respect to the stolen check that DE MIRANDA had negotiated and deposited that day in the amount of $53,186.47. The following day, members of

Case 1:04-mj-00456-RBC    Document 1    Filed 01/22/2004    Page 7 of 8

the NEECTF, including myself, were present at the Citizen's Bank branch located at 1690 Revere Beach Parkway in Everett, MA, the location at which DE MIRANDA had deposited said check, when DE MIRANDA arrived to determine whether he could draw on the funds represented by the check. We arrested DE MIRANDA at that time on state charges. Incident to that arrest, among other things, DE MIRANDA signed a form authorizing a consent search of his vehicle, and he proved to be in possession of what appeared to be a Rhode Island driver's license also containing his signature. The signatures on these documents appear consistent with the endorsements on the checks deposited to the two Citizen's Bank accounts.

15. As of this date, Citizen's Bank has determined that as a result of the deposit of the stolen and altered checks described above, and checks written on the accounts and cash withdrawals from the accounts, it will suffer a loss of approximately $105,174.51.

16. Based on the foregoing, I believe there is probable cause to believe that between November 1, 2003 and November 25, 2003, FABRICIO DE MIRANDA knowingly executed and attempted to execute a scheme and artifice to defraud a federally insured financial institution and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of the financial institution, by means of false and fraudulent pretenses, representations, and promises. I

further believe that there is probable cause to believe that DE MIRANDA, for the purposes of obtaining things of value from any person and with the intent to deceive, did knowingly falsely represent a number to be a number assigned by the Commissioner of Social Security to him as a Social Security account number, when in fact such number is not a Social Security account number assigned by the Commissioner of Social Security to him.

                    MICHAEL G. HUGHES
                    Special Deputy United States
                    Marshal

Subscribed and sworn to before me this 22 Day of January, 2004

ROBERT B. COLLINGS
United States Magistrate Judge